| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Wright, Scott O. | 2. Court or Organization<br><br>USDC WDMO | 3. Date of Report<br><br>April 7, 2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status,<br>magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>Jan. 1, 2009<br>to<br>Dec. 31, 2009 |
| 7. Chambers or Office Address<br><br>400 East 9th Street<br>Suite 8662<br>Kansas City, MO   64106 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1   Board of Governors | Urban League of Kansas City |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Scott O. | 4/7/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[x] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria )*

[x] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. see pp 25-27 of filing instructions )*

[x] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Scott O. | 4/7/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[x] NONE *(No reportable gifts )*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[x] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4. | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Scott O. | 4/7/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA Country Club Bank KCMO cash equivalent | C | Ann. | K | T | | | | | |
| 2 IRA Country Club Bank KCMO cash equivalent | A | Ann. | J | T | | | | | |
| 3 Acct. Country Club Bank KCMO | B | Int. | J | T | | | | | |
| 4 Acct. Country Club Bank KCMO | A | Int. | J | T | | | | | |
| 5 Money Market Acct, Country Club Bank. KCMO | C | Int. | L | T | | | | | |
| 6 General Magic stock (no value) | | None | J | T | | | | | |
| 7 AT&T stock | A | Div. | J | T | | | | | |
| 8 Bristol Myers Squibb stock | A | Div. | J | T | | | | | |
| 9 Intel stock (no purchase-stocksplit) | A | Div. | J | T | | | | | |
| 10 Zimmes HLDGS Inc. stock | A | Div. | J | T | | | | | |
| 11 Acct. American Express | C | Div. | M | T | | | | | |
| 12 Rental Property Hallsville, MO | A | Rent | K | R | | | | | |
| 13 (purchased 5/7/04; purchase price $150,000) | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Scott O. | 4/7/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wright, Scott O. | 4/7/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF[...]JECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E
Washington, D.C. 20544